AUSA:   William Orr          Telephone: (989) 895-5712
Task Force Officer:   Leon Wilson, FBI          Telephone:  (989) 892-6525

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America
   v.

**JASON GREEN**

Case No.   Case: 1:26-mj-30155
Judge: Morris, Patricia T.
Filed: 03-24-2026

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 24,  2026 _____ in the county of _____ Saginaw _____ in the _____ Eastern _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C.  § 841(a)(1) | Possession of methamphetamine with the intent to distribute |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Leon Wilson, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ March 24, 2026 _____

City and state:  Bay City, Michigan

_____
*Judge's signature*

HON. PATRICIA T. MORRIS, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN THE MATTER OF JASON GREEN | |
| | **Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### A CRIMINAL COMPLAINT

I, Leon Wilson, being first duly sworn, hereby depose and state as follows:

### EXECUTIVE SUMMARY

The FBI Mid-Michigan Safe Streets Task Force executed a search warrant at Jason Green's residence.  The FBI found evidence of drug trafficking activity at this location, including methamphetamine.

### INTRODUCTION AND BACKGROUND

1.     I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, I am authorized by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.     The facts in this affidavit come from my personal observations, training, experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.     I am a police officer in the state of Michigan and have been since 2007. I am currently assigned to the Mid-Michigan Safe Streets Task Force ("MMSSTF") as a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") and have been since March 2023.  This task force is a multi-jurisdictional law enforcement agency charged with investigating violations of Federal law, including narcotic crimes defined under Title 21 of the United States code.

4.     I have conducted and/or assisted with investigations of narcotics violations in conjunction with agents and officers from other jurisdictions and have received training from these agents and officers in conducting these investigations. I have also conducted and/or assisted with investigations that led to the arrest of persons for violations of law dealing with sales, possession, and/or manufacture of controlled substances.

5.     I have also participated in the preparation, procurement and/or execution of search warrants.  As a result of this investigative experience, I have learned how and why drug dealers typically conduct various aspects of their criminal activities, to include manufacturing, packaging, transportation, distribution, protection, and concealment of controlled substances and assets.

6.     Based on the facts set forth in this affidavit, there is probable cause to believe that Jason Green has violated 21 U.S.C. § 841(a)(1), "Possession with Intent to Deliver a Controlled Substance".

2

## **PROBABLE CAUSE**

7.    Since January 2026, the MMSSTF has been investigating Jason Green for violations of the controlled substances act. As part of this investigation, the MMSSTF conducted two controlled buys utilizing a confidential source where Green sold the source methamphetamine, confirmed by field test, at his residence located at 1722 Cherry Street in Saginaw, Michigan. MMSSTF also conducted electronic video surveillance of Green's residence and observed numerous short stay interactions consistent with drug trafficking activity. I also observed Green on numerous occasions during these interactions would walk across the street and off video before coming back to complete the transaction. Based on this, we repositioned the camera to be able to see where Green went. We then observed numerous occasions where Green walked across the street to an abandoned house at 1715 Cherry Street and took a black bag out of a trash can by the front door. Green then returned to his house across the street and conducted a short stay interaction with someone.

8.    On March 24, 2026, the FBI MMSSTF conducted a search warrant at Jason Green's residence of 1722 Cherry Street, Saginaw, Michigan 48601. Simultaneously, a search warrant was conducted for the outside curtilage, including the front porch of 1715 Cherry Street, Saginaw, MI 48601 where we believed Green to be storing evidence of this crime based on the observations detailed above.  Green

3

was the only person present in the residence at the time of the search. The following items were discovered on the front porch of 1715 Cherry Street at the time of the search:

    a.  A medium size baggie containing suspected methamphetamine

    b.  Other small quantities of methamphetamine

    c.  Narcotic paraphernalia including spoons and a scale

At least one of the small plastic baggies tested positive for the chemical characteristics of methamphetamine on a field test kit.

The following items were discovered in the trash can that was next to the porch:

    d.  Small torn up baggies with crystal like residue that resembled methamphetamine

9.    Based on my training and experience, I know that methamphetamine packaged next to a scale used to weigh distribution amounts is consistent with drug trafficking activity.  I also know that methamphetamine packaged in the manner and quantity found at this residence, far exceeds the amount of methamphetamine that a drug user would possess for personal use and is consistent with someone who is distributing methamphetamine.  Additionally, I know from my training and experience that drug traffickers typically will hide evidence of their narcotic activity in "stash" locations as an attempt to avoid law enforcement activity.  This behavior

4

is consistent with drug trafficking activity. Based on the foregoing, there is probable cause to believe that Jason Green possessed methamphetamine with the intent to distribute it in violation Title 21 U.S.C. § 841(a)(1).

Respectfully submitted,

Leon Wilson
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HON. PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE
Dated:   March 24, 2026

5